```
                                                        FILED
                                                   U.S. DISTRICT COURT
                                                     SAVANNAH DIV.
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA     2007 JAN -8 AM 9: 56
                   STATESBORO DIVISION
                                                   CLERK_____
                                                   SO. DIST. OF GA.
```

JOHNNIE ODUM,

    Plaintiff,

v.                CIVIL ACTION NO.: CV606-101

BULLOCH COUNTY; BULLOCH
COUNTY PUBLIC DEFENDER,
and ATLANTIC PUBLIC DEFENDER
OFFICE,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge. Plaintiff has filed Objections to the Report and Recommendation, but fails to actually address the findings of the Magistrate Judge. A review of Plaintiff's history of legal filings reveals that he has brought at least three civil actions or appeals which were dismissed and count as strikes under 28 U.S.C. § 1915(g). Plaintiff has failed to dispute this fact, and he has made no allegation that he should be excused from prepaying the filing fee because of the "imminent danger of serious physical injury" exception to § 1915(g). Accordingly, Plaintiff is not entitled to proceed *in forma pauperis* and is hereby required to pay the complete filing fee before proceeding with this action.

AO 72A
(Rev. 8/82)

The Magistrate Judge's Report and Recommendation is hereby adopted as the opinion of this Court. Plaintiff's Complaint is hereby **DISMISSED**, without prejudice. If Plaintiff wishes to proceed with this action, he must resubmit his Complaint along with the full filing fee.

**SO ORDERED**, this 8 day of January, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA